### Thomas Austin v. John Paisley.

1. RULES—*Are to be Complied With.*—When the appellee fails to file his brief within the time required by the rules of the court the judgment will be reversed.

Assumpsit, for wages. Appeal from the Circuit Court of Pope County; the Hon. JOSEPH ROBARTS, Judge, presiding. Heard in this court at the February term, 1901. Reversed under rule 29.* Opinion filed March 11, 1901.

D. G. THOMPSON, attorney for appellant.

No appearance by appellee.

. This suit involves $7.15, being a suit for wages.

Appellee having filed no brief, judgment is reversed under rule 29.

---

*RULE 29. If the defendant in error or appellee shall fail to file his brief in compliance with these rules, the judgment or decree will be reversed *pro forma,* unless the court on examination of the record shall deem it proper to decide the case on its merits. ·92 Ill. App. 671.